IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN MAYO AND )
ELLEN MAYO )
) NO. 3-13-0468
v. ) JUDGE CAMPBELL
)
BANK OF AMERICA )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 18), Objection filed by the Defendant (Docket No. 21), and Brief in Opposition to Defendant's Objection filed by the Plaintiffs (Docket No.23).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, the Response, and the file. The Objections of the Defendant are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No. 7) is GRANTED in part and DENIED in part. The claims of Plaintiff John Mayo are DISMISSED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE