ORDER:
Motion denied. The parties shall file a proposed order with dates for further scheduling.

*E. Clifton Knowles*

U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **JOHN MAYO AND** | ) | |
| **ELLEN MAYO,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 13-468** |
| | ) | |
| **v.** | ) | **Judge: Campbell** |
| | ) | |
| **BANK OF AMERICA,** | ) | **Magistrate: Knowles** |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR CASE MANAGEMENT CONFERENCE

Defendant, FIA Card Services, N.A., requests the Court, pursuant to Local Rule 16.01(d)(3), to schedule a case management conference. In support of the motion, Defendant states as follows:

In answering discovery, the Plaintiff has stated that various issues will be addressed by expert witnesses to be engaged by her. There is no schedule requiring expert witnesses to be disclosed or for the submission of reports. In order to complete discovery, Defendant requests that the Court establish a deadline within which Plaintiff is to designate her expert witnesses and provide the information required under Rule 26(a)(2) so that depositions may be taken if warranted under Rule 26(b)(4). It is important to know who the experts are and their opinions and copies of their reports should be provided before any deposition of plaintiff can be taken.

Further, although requested to produce the credit reports that Plaintiff asserts are defamatory, Plaintiff has not produced any credit reports that are the subject matter of this suit. A deadline for production of the credit reports should be set. Plaintiff has filed a motion for a subpoena to be issued to the credit reporting agencies. However, Plaintiff can go on line and retrieve a copy of her credit report. Plaintiff should produce a copy of her credit reports and a

7/3361573.1